JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI RABE FANT,<br>      Plaintiff,<br>  v.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>      Defendant. | NO. CV 18-237-MWF (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and the above-captioned action is dismissed with prejudice.

DATED: March 27, 2019

                                              _____
                                              MICHAEL W. FITZGERALD
                                              UNITED STATES DISTRICT JUDGE